UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUNNAH MADDOX #21329-074,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00866-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| USA, ET AL<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 10], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED that Plaintiff's Petition [ECF No. 8] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Plaintiff's claims.

THUS, DONE AND SIGNED in Chambers on this 16th day of June 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE